NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE SCREENIVAS KRISHNAN, KOEN BENNEBROEK, KARTHIK BHAT, STEFANO A. PESCADOR, DAVID G. REED, BRAD W. SIMERAL, AND EDWARD M. VEESER**

---

2014-1649

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/610,411.

---

**ON MOTION**

---

Before O'MALLEY, WALLACH, and HUGHES, *Circuit Judges*.

O'MALLEY, *Circuit Judge*.

## O R D E R

The Director of the United States Patent and Trademark Office ("PTO") moves without opposition to remand this case to the PTO for further proceedings.

The Patent Trial and Appeal Board affirmed the Examiner's rejection of certain claims, but the PTO concedes that the Board should reconsider its rejection in light of the PTO's examination policy on "configured to" claim language.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.  This case is remanded for further proceedings consistent with this order.

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30

ISSUED AS A MANDATE:  September 19, 2014